■ Francis M. Savastano, as Director of Mental Health Information Services, et al., Respondents, v James A. Prevost, as Commissioner of the New York State Office of Mental Health, et al., Appellants. — Judgment of the Supreme Court, Queens County (Dunkin, J.), dated May 12, 1983, affirmed, without costs or disbursements (*see, Savastano v Prevost,* NYLJ, June 4, 1982, p 15, col 3). Gibbons, J. P., Thompson, Weinstein and Brown, JJ., concur.